```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>William J. Carey</u>

    v.                        Civil No. 05-cv-010-SM

<u>Kristi J. Eglody</u>

## **<u>NOTICE OF RULING</u>**

Re:  Document No. 17, <u>Motion To Serve Interrogatory</u>

Ruling:  Due to the nature of the restraining order the Clerk will serve documents on defense counsel but plaintiff is solely responsible for whether they comply with the federal or local rules.  The interrogatories do not and need not be answered.

Entered by:  James R. Muirhead, U.S. Magistrate Judge

Date:  July 19, 2005

cc:  William J. Carey, *pro se*
     Corey M. Belobrow, Esq.