UNITED STATES DISTRICT COURT FOR THE
                          DISTRICT OF NEW HAMPSHIRE

William J. Carey

     v.                                          Civil No. 05-cv-010-SM

Kristi L. Eglody

                                    **O R D E R**

    Plaintiff has stated that if he complies with the requirements of Fed. R. Civ. P. 5 (serving defendant's attorney with documents) or seeks answers to interrogatories as provided for in Fed. R. Civ. P. 33, then defendant will charge him with violation of a civil restraining order.  While this court is cognizant of the prerogatives of the Manchester District Court, it is also desirous of permitting this case to proceed in accordance with the Federal Rules of Civil Procedure.  Defendant is ordered to immediately seek a clarification from the Manchester District Court that the restraining order does not apply to plaintiff's acts in this case which are in compliance with the Federal Rules of Civil Procedure and/or are appearances in court.

    **SO ORDERED.**

                                    _____
                                    James R. Muirhead
                                    United States Magistrate Judge

Date: August 1, 2005

cc:     William J. Carey, *pro se*
        Corey M. Belobrow, Esq.
        Arthur Gatzoulis, Esq.